UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN DARREL ETIENNE | CIVIL ACTION |
| VERSUS | NO. 13-2449 |
| SHERIFF MARLIN N. GUSMAN ET AL. | SECTION "A" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Allen Darrel Etienne are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this  25th  day of        July       , 2013.

_____
UNITED STATES DISTRICT JUDGE